HENRY GOSS v. COMMON COUNCIL OF VERMONTVILLE.

Where *mandamus* is sought to compel a municipal council to approve a liquor seller's bond, the petition for the order to show cause should

show respondent's reason for refusing, if any was given, and the circumstances of refusal; otherwise the reason must be presumed sufficient and the order may be refused.

MANDAMUS. Motion for an order to show cause. Submitted and denied October 5.

*M. V. Montgomery* for the motion.